AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| THOMAS WEIR PAUKEN II | ) | Case No. |
| a/k/a "Tom McGregor" | ) | 1:26-MJ-67 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___at least 2019 through Feb. 2026___ in the county of ___Loudoun___ in the
___Eastern___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 951(a) | Agent of foreign government |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_Timothy J. Healy_
_Complainant's signature_

Special Agent Timothy J Healy, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___02/27/2026___

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.02.27 19:20:49 -05'00'
_Judge's signature_

City and state: ___Alexandria, Virginia___

Lindsey R. Vaala
_Printed name and title_